**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ZOND, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 13-cv-11577-DPW |
| | ) |
| ADVANCED MICRO DEVICES, INC. and | ) **JURY TRIAL DEMANDED** |
| GLOBALFOUNDRIES U.S., INC., | ) |
| GLOBALFOUNDRIES DRESDEN | ) |
| MODULE ONE LLC & CO. KG, and | ) |
| GLOBALFOUNDRIES DRESDEN | ) |
| MODULE TWO LLC & CO. KG, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS ADVANCED MICRO DEVICES, INC., GLOBALFOUNDRIES
U.S., INC., GLOBALFOUNDRIES DRESDEN MODULE ONE LLC & CO. KG,
AND GLOBALFOUNDRIES DRESDEN MODULE TWO LLC & CO. KG'S
UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF
<u>MOTION TO STAY CASE</u>**

Pursuant to Local Rule 7.1(b)(3), Advanced Micro Devices, Inc. ("AMD"), GLOBALFOUNDRIES U.S., Inc., GLOBALFOUNDRIES Dresden Module One LLC & Co. KG, and GLOBALFOUNDRIES Dresden Module Two LLC & Co. KG (collectively, "GLOBALFOUNDRIES") move for leave to file a reply memorandum in support of AMD's and GLOBALFOUNDRIES' Motion to Stay Case (Dkt. 59).  Plaintiff Zond, Inc. ("Zond") does not oppose this Motion for Leave to File a Reply.  The proposed reply memorandum and its accompanying exhibit are attached hereto as Exhibits 1 and 2, respectively.

This reply memorandum is necessary in order for AMD and GLOBALFOUNDRIES to address new arguments and issues raised in Zond's opposition to the AMD and GLOBALFOUNDRIES Motion to Stay (Dkt. 63), including to clarify the operative legal standards and to address new factual arguments raised in the opposition brief. AMD and GLOBALFOUNDRIES believe that this reply will help to crystalize the various issues and arguments, and will assist the Court in ruling on their motion.

WHEREFORE, AMD and GLOBALFOUNDRIES respectfully request that this Court grant this motion for leave to file the attached reply memorandum.


Dated:   May 29, 2014              Respectfully submitted,


                                   By:  /s/ Paul J. Cronin
                                       Stephen J. Brake (BBO# 546972)
                                       Paul J. Cronin (BBO# 641230)
                                       Eugene A. Feher (BBO# 550762)
                                       NUTTER MCCLENNEN & FISH LLP
                                       Seaport West, 155 Seaport Boulevard
                                       Boston, MA 02210
                                       Telephone: (617) 439-2223
                                       Facsimile:  (617) 310-9223
                                       Email: sbrake@nutter.com
                                       Email: pcronin@nutter.com
                                       Email: efeher@nutter.com

Bijal V. Vakil (*Pro Hac Vice*)
Shamita D. Etienne-Cummings (*Pro Hac Vice*)
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: bvakil@whitecase.com
Email: setienne@whitecase.com

David M. Tennant (*Pro Hac Vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626 -3600
Facsimile: (202) 639-9355
Email: dtennant@whitecase.com

**Attorneys for Defendants GLOBALFOUNDRIES U.S., Inc., GLOBALFOUNDRIES Dresden Module One LLC & Co., KG, and GLOBALFOUNDRIES Dresden Module Two LLC & Co. KG**

By: _/s/ Joanne L. Wisner_____
Joanne L. Wisner (BBO# 646301)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5300
Facsimile: 202-383-5414
Email: jwisner@omm.com

Ryan K. Yagura (*Pro Hac Vice*)
Xin-Yi Zhou (*Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407
Email: ryagura@omm.com
Email: vzhou@omm.com

**Attorneys for Defendant Advanced Micro Devices, Inc.**

## CERTIFICATE OF CONSULTATION

I, Paul J. Cronin, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Defendants Advanced Micro Devices, Inc., GLOBALFOUNDRIES U.S., Inc., GLOBALFOUNDRIES Dresden Module One LLC & Co. KG, and GLOBALFOUNDRIES Dresden Module Two LLC & Co. KG and counsel for Plaintiff Zond, Inc. met and conferred in good faith regarding resolution of this motion. I certify further that counsel for Zond, Inc. indicated that it will not oppose this Motion for Leave to File a Reply.

By:   */s/ Paul J. Cronin*
         Paul J. Cronin

## CERTIFICATE OF SERVICE

I, Paul J. Cronin, hereby certify that a true copy of the above document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 29th day of May, 2014.

By:   */s/ Paul J. Cronin*
         Paul J. Cronin

2530653.1