UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>ADVANCED MICRO DEVICES, INC., GLOBALFOUNDRIES U.S., INC., GLOBALFOUNDRIES DRESDEN MODULE ONE LLC & CO. KG, and GLOBALFOUNDRIES DRESDEN MODULE TWO LLC & CO. KG,<br><br>      Defendants. | CIVIL ACTION NO. 13-cv-11577-LTS |

## **DEFENDANTS' NOTICE OF FILING OF PROPOSED ORDER**

Defendants GLOBALFOUNDRIES U.S., Inc., GLOBALFOUNDRIES Dresden Module One LLC & Co. KG, GLOBALFOUNDRIES Dresden Module Two LLC & Co. KG (collectively, "GLOBALFOUNDRIES") and Advanced Micro Devices, Inc. ("AMD") (collectively "Defendants") respectfully submit the enclosed [Proposed] Order ("Order") for entry by the Court.

During the June 6, 2014, Status/Scheduling Conference, the Court (Woodlock, J.) granted Defendants' motion to stay (D.I. 59) (Electronic Clerk's Notes, June 6, 2014) and requested the parties to submit a proposed order. Despite attempts to reach an agreement on the text of a proposed order the parties have not been successful in doing so. More recently, Plaintiff has not responded to Defendants' requests to finalize this issue. Accordingly, Defendants respectfully submit the enclosed [Proposed] Order for entry by the Court.

Dated: July 17, 2014                    Respectfully submitted,

By  /s/ Paul J. Cronin
Stephen J. Brake (BBO# 546972)
Paul J. Cronin (BBO# 641230)
Eugene A. Feher (BBO# 550762)
NUTTER MCCLENNEN & FISH LLP
Seaport West, 155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 439-2223
Facsimile:  (617) 310-9223
Email: sbrake@nutter.com
Email: pcronin@nutter.com
Email: efeher@nutter.com

Bijal V. Vakil  (*Pro Hac Vice*)
Shamita D. Etienne-Cummings  (*Pro Hac Vice*)
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: bvakil@whitecase.com
Email: setienne@whitecase.com

David M. Tennant (*Pro Hac Vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626 -3600
Facsimile: (202) 639-9355
Email: dtennant@whitecase.com

**Attorneys for Defendants
GLOBALFOUNDRIES U.S., INC.,
GLOBALFOUNDRIES Dresden Module One
LLC & Co. KG, and GLOBALFOUNDRIES
Dresden Module Two LLC & Co. KG**

## **CERTIFICATE OF SERVICE**

    I, Paul J. Cronin, hereby certify that a true copy of the above document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 17th day of July, 2014.

                                           By: */s/ Paul J. Cronin* _____
                                                  Paul J. Cronin

2572183.1